# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00620-CV

**Rebecca J. McLain, Appellant**

**v.**

**James A. Howard, Receiver for Tesher Corp., Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT NO. D-1-GN-03-003004, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Rebecca J. McLain has filed a motion to dismiss informing this Court that she no longer wishes to pursue this appeal because the parties have settled the matter. Appellant states that appellee does not oppose the motion. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

Jan P. Patterson, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed on Appellant's Motion

Filed:   February 22, 2007